**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

SPIKES v. IMPERIAL AUTO ELECTRIC                     Case No. 07CV545BEN(RBB)
                                                      **Time Spent:** ____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                      Rptr. ____

                              Attorneys
        Plaintiffs                          Defendants

_____      _____
_____      _____
_____      _____

PROCEEDINGS: ____ In Chambers      ____ In Court      ____ Telephonic

The early neutral evaluation conference on July 2, 2007, at 1:30 p.m. is vacated.
This case has settled.

A settlement disposition conference will be held on <u>August 6, 2007, at 8:00 a.m.</u>, in
the chambers of Magistrate Judge Brooks **UNLESS AN ORDER GRANTING A JOINT MOTION TO
DISMISS THE CASE HAS BEEN ENTERED PRIOR TO THE SCHEDULED SETTLEMENT DISPOSITION
CONFERENCE.  IN ALL CASES WHERE ELECTRONIC FILING IS REQUIRED, THE PARTIES SHALL
ELECTRONICALLY FILE A JOINT MOTION TO DISMISS THIS CASE BY <u>July 30, 2007</u>.  IN
ADDITION, THE PARTIES SHALL E-MAIL A PROPOSED ORDER GRANTING THE JOINT MOTION TO
JUDGE BROOKS'S OFFICIAL E-MAIL ADDRESS (<u>efile_brooks@casd.uscourts.gov</u>) PREFERABLY
IN WORDPERFECT FORMAT, WITH A COPY OF THE E-MAIL AND PROPOSED ORDER BEING SENT TO
OPPOSING COUNSEL.**

The joint motion for dismissal will be reviewed by Magistrate Judge Brooks and then
forwarded to the district judge.  If a joint motion cannot be submitted on or before
the date indicated above, counsel shall contact the chambers of Magistrate Judge
Brooks at least one court day before the date indicated above to explain why the
joint motion was not submitted.

**If the parties wish to consent to continuing magistrate judge jurisdiction, a
consent form signed by the parties and counsel shall accompany the joint motion to
dismiss.  Consent forms are available in the Clerk's office or on-line.**

**Monetary sanctions may be imposed for failure to comply with this order.**

DATE: <u>July 2, 2007</u>          IT IS SO ORDERED:   *Ruben Brooks*
                                                      Ruben B. Brooks,
                                                      U.S. Magistrate Judge
cc:  Judge Benitez                          INITIALS: <u>VL (mg/irc)</u> Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\1983\SPIKES545\MINUTES02.wpd